EDWARD B. RASKIN (SBN 244936)
*eraskin@kr-llp.com*
SERAFINA RASKIN (SBN 244960)
*sraskin@kr-llp.com*
JOSHUA M. CAPLAN (SBN 245469)
*jcaplan@kr-llp.com*
**KASSINOVE & RASKIN LLP**
2600 Michelson Drive, Suite 830
Irvine, California 92612
Tel  (949) 529-5700
Fax (949) 529-5777

JAMES T. PITTS (*Admitted Pro Hac Vice*)
*jpitts@baileylawpc.com*
**BAILEY LAW P.C.**
805 15th Street, N.W., Suite 501
Washington, D.C. 20005
Tel (202) 887-8040
Fax (202) 887-8044
Attorneys for Plaintiff
PRAIRIE FIRE, LLC
Third-Party Defendants PHILIP
FATHER and GEORGE GOLDSMITH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PRAIRIE FIRE, LLC, a Montana Limited Liability Company,<br><br>                    Plaintiff,<br>         v.<br><br>VAN VRANKEN ENTERPRISES, INC., a California corporation, FRANK VAN VRANKEN, an individual; and Does 1 through 50 inclusive,<br><br>                    Defendants. | CASE NO: CV 3:13-02772-JSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PRAIRIE FIRE, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO STRIKE AND MOTION TO DISMISS**<br><br>**Magistrate Judge Jacqueline S. Corley**<br>Hearing Date:  October 3, 2013<br>Hearing Time: 9:00 A.M.<br>Courtroom: F-15th Floor |

- 1 -

GOOD CAUSE HAVING BEEN SHOWN, Plaintiff Prairie Fire, LLC's request to appear telephonically at the Case Management Conference and the hearing on Motion to Strike and Motion to Dismiss scheduled for Thursday October 3, 2013 at 9:00 a.m. in this action is hereby granted. Counsel for Prairie Fire, LLC is required to arrange the telephonic appearance with Court Call in advance of the Conference and hearing date.

**IT IS SO ORDERED.**

Date: September 6, 2013                          _____ Jacqueline S. Corley _____

Magistrate Judge Jacqueline S. Corley

- 2 -

[PROPOSED] ORDER GRANTING PLAINTIFF PRAIRIE FIRE, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO STRIKE AND MOTION TO DISMISS
CASE NO. 3:13-02772-JSC

KASSINOVE & RASKIN LLP
2600 Michelson Drive, Ste 830
Irvine, CA 92612
Telephone (949) 529-5700